IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Fair Housing Advocates Assoc. Inc., et al., | : | |
| | : | Case No. 2:03-cv-563 |
| Plaintiffs, | : | |
| v. | | Judge Smith |
| | : | |
| Terrace Plaza Apartments, et al., | | |
| | : | Magistrate Judge Abel |
| Defendants | | |

**Order**

Plaintiffs Fair Housing Advocates Association, Inc. ("FHAAA"), Karen Brown, and Loretta Brown brought this action against defendants Terrace Plaza Apartments ("Terrace Plaza"), Martha Fattler, Carla Myers, and Phyllis Hardy alleging that defendants refused to rent the Browns apartments because they had small children in violation of 42 U.S.C. §§ 3604 and 3618 and Ohio Revised Code § 4112. This matter is before the Court on plaintiff's August 18, 2006 memorandum of law in support of attorneys fees and costs (doc. 79). A hearing was held on November 8, 2006 before the Magistrate Judge, and the parties submitted further briefs to the Court.

On January 5, 2007, the Magistrate Judge issued a Report and Recommendation recommending that plaintiffs be awarded $64,986.25 for hours expended by Andrew Margolius, $5,320.00 for the hours expended by attorney John Marshall, and $3,489.00 in costs. No objections to the Report and Recommendation were filed.

Upon *de novo* review in accordance with the provisions of 28 U.S.C. §636(b)(1)(B), the Court **ADOPTS** the Report and Recommendation.

    /S/ George C. Smith
George C. Smith
United States District Judge